AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SONIA REKOW,

        Plaintiff,

           v.

USCIS,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3121-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff has not filed an amended complaint, and, given that the amendment deadline has now passed, the order of dismissal is final. Case closed.

April 26, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer